■ In the Matter of ANGEL GONZALEZ, Appellant, v PHOENIX SERVICE TECHNOLOGIES, INC., Respondent. [671 NYS2d 989] —In a proceeding pursuant to CPLR article 78 to review a determination of the New York State Division of Human Rights, dated August 27, 1996, which dismissed the petitioner's complaint upon a finding that there was no probable cause to believe that the respondent Phoenix Service Technologies, Inc. had engaged in an unlawful discriminatory practice, the petitioner appeals from a judgment of the Supreme Court, Suffolk County (Stark, J.), entered February 7, 1997, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

The no probable cause determination of the New York State Division of Human Rights has a rational basis and is amply supported by the record (*see, Matter of Hone v New York State Div. of Human Rights,* 223 AD2d 761; *Matter of Silk v Huck Installation & Equip. Div.,* 109 AD2d 930). Consequently, the Supreme Court properly denied the petition and dismissed the proceeding. Bracken, J. P., Copertino, Pizzuto and Altman, JJ., concur.